### 143

G. W. McNear, Inc.
vs.　　　　　　　　No.38824
American & British
Manufacturing Company

April 16, 1918

SWEENEY, J. Heard on defendant's motion for a new trial.

This is an action brought to recover damages for breach of two contracts by the defendant.

At the conclusion of a nine days trial on the first day of February, 1918, the jury returned a verdict for the plaintiff and assessed damages in the sum of $124,295.94.

(Discussion of Testimony)

The defendant's motion for a new trial is therefore denied.

For Plaintiff: Greenough, Easton & Cross.

For Defendant: Waterman & Greenlaw.